# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | **Case No. CR2-06-129** |
| v. : | **JUDGE ALGENON L. MARBLEY** |
| : | **Magistrate Judge Terence P. Kemp** |
| **LANCE K. POULSEN, et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

Defendant Roger Faulkenberry has moved for reconsideration of the Court's April 16, 2008 order revoking his pre-sentencing release. The Court **DENIES** Faulkenberry's motion for the same reasons it gave in its May 14, 2008 order denying the motions for reconsideration brought by Defendants Ayers and Speer.

Defendant Faulkenberry also moves for temporary release to attend his daughter's high school graduation and related family celebrations from Friday, May 30, 2008, at 6:00 a.m. until Saturday, May 31, 2008, at 10:00 p.m. The Court **DENIES** Faulkenberry's motion. The Court understands that a child's graduation is a significant occasion that any parent would want to participate in. However, Faulkenberry is a convicted felon, who the Court has deemed to be a flight risk. Under such circumstances, there is no basis for granting him a furlough.

**IT IS SO ORDERED.**

    s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**United States District Court Judge**

**DATE: May 29, 2008**